

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00116-CV

| | |
|---|---|
| LANDMARK PARTNERS, INC., Appellant | § On Appeal from the 67th District Court |
| | § of Tarrant County (067-324104-21) |
| V. | |
| | § December 28, 2023 |
| WESTERN WORLD INSURANCE, Appellee | § Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Landmark Partners, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
          Justice Mike Wallach